IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STANLEY J. MUTE,<br><br>    Petitioner,<br><br>vs.<br><br>STATE OF ALASKA,<br><br>    Respondent. | Case No. 4:08-cv-0010-RRB<br><br><u>**ORDER GRANTING IN PART AND DENYING IN PART DOCKET 58**</u> |

Before the Court, at Docket 58, is Respondent with a Motion to Dismiss Second Amended Petition, filed by Petitioner Mute at Docket 45, for procedural grounds. The matter has been fully briefed and was the subject of a Final Report and Recommendation at Docket 103. The Court also conducted a <u>de novo</u> review of the entire matter. Based thereon, the Court hereby adopts the Final Report and, for the reasons set forth therein, hereby **DENIES** the Motion to Dismiss at **Docket 58** as to Petitioner's first ground for habeas relief but **GRANTS** the Motion as to the second and third grounds for relief.

    **IT IS SO ORDERED.**

    ENTERED this 4th day of October, 2011.

                                           S/RALPH R. BEISTLINE
                                           UNITED STATES DISTRICT JUDGE